JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation; CARL AND BARBARA JANSEN, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>NIXON PEABODY, LLP, a New York limited liability partnership; FORREST DAVID MILDER, a married individual,<br><br>Defendants. | Case No. 2:20-CV-10111 CAS JEMx<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING NON-OPPOSITION TO MOTION TO TRANSFER AND EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>[Removed from Los Angeles Superior Court, Case No. 20STCV32546] |

**[~~PROPOSED~~] ORDER**

Based upon the stipulation of the Parties, the moving papers, and for good cause shown, the Court consents to the waiver of oral argument regarding the motion to transfer. The hearing currently scheduled for December 21, 2020, is vacated. Defendants' deadline to respond to the Complaint by December 11, 2020, is vacated until the Court rules on the motion to transfer. Moreover,

1. The Court hereby GRANTS the motion to transfer venue to the Eastern District of California[20]. Defendants' deadline to respond to

///

1

the Complaint is extended to 60 days from the date the Eastern District of California receives the case.

**IT IS SO ORDERED.**

Dated: December 8, 2020      By: _____
Hon. Christina A. Snyder
District Court Judge